OPINION # O-7459        WAS NEVER ISSUED OR

WAS WITHDRAWN.